```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0045--CV (RRB)
              "NEW YORK LIFE INS CO V KAREN I. BLODGETT ET"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 03/04/05
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (2) Citizen of Another State

   Nature of Suit: (110) Insurance

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 03/04/05 receipt # 00125198
         Trial by:
```

```
Parties of Record:                        Counsel of Record:

PLF 1.1        [T] NEW YORK LIFE INSURANCE CO      No counsel found for this party!

DEF 1.1            BLODGETT, KAREN I.              Joseph P. Josephson
                                                   Josephson & Associates PC
                                                   912 W. 6th Avenue
                                                   Anchorage, AK 99501
                                                   907-276-0151
                                                   FAX 907-276-0155

DEF 2.1            BLODGETT, LUANN R.              Joseph P. Josephson
                                                   (see above)

DEF 3.1            BLODGETT, KALENA M.             Joseph P. Josephson
                                                   (see above)

DEF 4.1            BLODGETT, ROBERT DAVID          Verne E. Rupright
                                                   Law Office of Rupright & Foster
                                                   322 N. Main Street
                                                   Wasilla, AK 99654
                                                   907-373-3215
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A05-0045--CV (RRB)
                      "NEW YORK LIFE INS CO V KAREN I. BLODGETT ET"

                                  For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 03/04/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (2) Citizen of Another State

    Nature of Suit: (110) Insurance

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 03/04/05 receipt # 00125198
          Trial by:


 Document #   Filed      Docket text

      1 -  1  03/04/05   Complaint filed w/att exhs; Summons issued.

      2 -  1  03/04/05   PLF 1 motion for deposit and investment of interpleader funds by the
                         clerk of court.

      3 -  1  03/10/05   DEF 1-3 Attorney Appearance of J. Josephson.

      4 -  1  03/10/05   DEF 1-3 non-opposition to PLF 1 mot for deposit & investment of
                         interpleader funds by the clerk of court (2-1).

      5 -  1  03/14/05   JWS Minute Order that by agreement of the judges this case is reassigned
                         to Judge Beistline for all further proceedings; use case number A05-045
                         CV (RRB) on all future filings. cc: cnsl, Judge Beistline

     5B-  1  03/15/05    DEF 4 Attorney Appearance Vern E. Rupright.

      7 -  1  03/15/05   DEF 4 non-opposition to mot for deposit and investment of interpleader
                         funds by clerk.

      6 -  1  03/16/05   RRB Order granting motion for deposit and investment of interpleader
                         funds by the clerk of court (2-1) as stated.  cc: cnsl, Finance

      8 -  1  03/30/05   PLF 1 Certificate of cash deposit in the amt of $23,134,85(receipt #
                         00125358) w/att exh.

      9 -  1  04/05/05   RRB Amended Order for deposit andinvestment of interpleader funds as
                         stated. cc: cnsl, Finance

     10 -  1  04/05/05   DEF 1-3 Answer and Crossclaim.

     11 -  1  05/17/05   RRB Minute Order plf is required to take action as to case not at issue.
                         Plf to require an answer or apply for default.  cc: cnsl

     12 -  1  05/25/05   DEF 4 Answer to Complaint.

     13 -  1  05/31/05   PLF 1; DEF 1-4 Stipulation for decree of interpleader & order
                         discharging pltf, & enjoining defs.
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A05-0045--CV (RRB)
                     "NEW YORK LIFE INS CO V KAREN I. BLODGETT ET"

                              For all filing dates


Document #   Filed      Docket text

   14 -  1   06/08/05   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord.  cc: cnsl

   15 -  1   06/13/05   RRB Order granting stipulation for decree of interpleader & order
                        discharging pltf, & enjoining competing claims and awarding costs and
                        fees (13-1).  cc: cnsl, Finance

   16 -  1   07/01/05   DEF 4 Answer to Crossclaim.

   17 -  1   08/22/05   RRB Minute Order rule 16(b) mo was issued and not timely report was
                        file.  Defendants to file a 16(b) report w/in 15 days from the date of
                        this mo re pending x-claim  cc: cnsl

   18 -  1   09/22/05   RRB Minute Order no timely 16(b) report was filed.  Defendants' 1-3 to
                        show cause why the cross-claim against D3f Robet D. Blodgett should not
                        be  dismissed for failure to comply with Rule 16(b) minute order.  cc:
                        cnsl

   19 -  1   10/05/05   DEF 1-3 Status Report.

   19 -  2   10/05/05   DEF 1-4 Notice of planning meeting of cnsl.

   19 -  3   10/05/05   DEF 1-4 motion (request) to set conference to discuss time line of
                        action filed pursuant to order entered on 9/22/05.

   20 -  1   10/14/05   RRB Minute Order a status hearing is set for 10/27/05 at 8:30 a.m. in
                        Courtroom #2.    cc: cnsl

   21 -  1   10/27/05   RRB Court Minutes [ECR: April Karper] re Stat Hrg Re: Remaining Crclm
                        (held 10/27/05); crt directed the parties to file a stip if there is an
                        agreement to hold the money being held by the crt somewhere else pending
                        the Supreme Crt decision; cc: cnsl.
```