# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>NEW YORK LIFE INSURANCE CO</u>  v.   <u>KAREN BLODGETT, et al</u>

THE HONORABLE RALPH R. BEISTLINE

<small>DEPUTY CLERK</small>                              CASE NO.  <u>3:05-cv-00045-RRB</u>

<u>CAROLYN BOLLMAN</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: May 2, 2006
___

      The court has not received any request for investment of funds held in the Court Registry as discussed at the Status Hearing held October 27, 2005.

      A copy of this Court's Local General Rule 67.2 is attached for counsel's information.

      A further status report shall be filed by counsel for plaintiff on or before <u>May 20, 2006</u>, regarding investment of funds on deposit and of Alaska Supreme Court action on his matter.

[305-cv-45-RRB MOre status report]{IIA4.WPD*Rev.12/96}