**Rule 67.2 Investment of Funds on Deposit**
(a) **Investment**.
    (1) Funds on deposit in the Registry Account of the court under 28 U.S.C. § 2041 will not be invested in the absence of an order by the court.
    (2) All motions or stipulations for an order directing the clerk to invest Registry Account funds in an interest-bearing account must contain the following:
        [A]  the name of the bank or financial institution where the funds are to be invested;
        [B]  the type of account or instrument and the terms of investment where a timed instrument is involved; and
        [C] language that directs the clerk to deduct from income earned on the investment a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.
(b) **Service of Order**.
    (1) Counsel obtaining an order under this rule must personally serve a copy of the order on the clerk or the chief deputy, and the financial deputy.
    (2) A supervisory deputy clerk may accept service on behalf of the clerk, chief deputy or financial deputy in their absence.
(c) **Deposit by Clerk**. The clerk will take all reasonable steps to deposit funds into interest-bearing accounts or instruments not more than fifteen (15) days after a copy of the order for the investment is served.
(d) **Verification by Party**.
    (1) Any party who obtains an order directing investment of funds by the clerk must, within fifteen (15) days after service of the order on the clerk, verify that the funds have been invested as ordered.
    (2) Failure of the party or parties to personally serve the clerk, the chief deputy, and financial deputy, or in their absence a supervisory deputy clerk with a copy of the order, or failure to verify investment of the funds, releases the clerk from any liability for the loss of earned interest on such funds.
(e) **Responsibility of Counsel**.
    (1)  It is the responsibility of counsel to notify the clerk regarding disposition of funds at maturity of a timed instrument not less than fifteen (15) days before the stated maturity date.
    (2)  In the absence of notice, funds invested in a timed instrument subject to renewal will be reinvested for a like period of time at the prevailing interest rate.
    (3)  Funds invested in a timed instrument not subject to renewal will be re-deposited by the clerk into the Registry Account of the court, which is a non-interest-bearing account.
(f) **Change in Terms and Conditions**.  Any change in terms or conditions of an investment will be by court order only, and counsel will be required to comply with subsections (a) and (b).

(g) **Payment from Account**.
 (1) No funds may be paid out of an interest-bearing account or interest-bearing instrument except by order of the Court.
 (2) The order must:
  [A] distinctly set forth the funds in question and name the payee;
  [B] should the named payee be other than the depositor of the funds, that fact must be reflected;
  [C] identify by name, address and social security or taxpayer's identification number the individual entitled to the interest accumulated; and
  [D] direct the clerk to deduct from income earned on investment a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office.
 (3) The clerk will deliver a copy of the order to the private institution where the deposit was made.

Related Provisions:

| | |
|---|---|
| 28 U.S.C. § 2041 | Deposit of money's in pending or adjudicated cases |
| 28 U.S.C. § 2042 | Withdrawal |
| 28 U.S.C. § 2044 | Payment of fine with bond money |
| F.R.Civ.P. 67 | Deposit in Court |
| D.Ak. LR 67.1 | Deposit and Investment of Funds in the Registry Account; Certificate of Cash Deposit |