UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NEW YORK LIFE INSURANCE   v.   KAREN BLODGETT, et al.

DATE:   August 16, 2006        CASE NO.   3:05-cv-0045-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**REQUESTING STATUS REPORT**

---

Pursuant to the Minute Order at Docket 22, Plaintiff was to file a status report by May 20, 2006, regarding investment of funds and the Alaska Supreme Court action. To date, the status report has not been filed. Plaintiff shall file the requested report on or before the close of business on **Friday, September 1, 2006.**

M.O. REQUESTING STATUS REPORT