Verne Rupright, Esq.
Verne Rupright & Assoc., LLC.
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) ) |
| Vs. | ) ) ) |
| KAREN I. BLODGETT, LUANN R. BLODGETT, KALENA M. BLODGETT, ROBERT DAVID BLODGETT | ) ) ) ) ) |
| Defendants. | ) ) |

Case No. A05-045 CV (R.R.B.)

**MOTION TO WITHDRAW WITH CONSENT OF CLIENT**

COMES NOW the Defendant's counsel, Verne Rupright, and hereby moves for withdraw from this case with Consent of the client. For reasons stated in counsel's Affidavit, counsel and client have become irreconcilably conflicted, making it impossible for counsel to move forward. Mr. Blodgett has agreed to counsel's withdrawal; his executed Consent is included herewith.

This Motion is further supported by Affidavit of Counsel

and the Consent of Mr. Blodgett.

Dated this 12th day of September 2006.

_____
Verne Rupright
Attorney for the Robert David Blodgett
Alaska Bar No. 9306013

LAW OFFICES OF VERNE RUPRIGHT & ASSOCIATES, LLC.
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215    Fax: (907)373-3217