Verne Rupright, Esq.
Verne Rupright & Assoc., LLC.
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| Vs. | ) ) |
| KAREN I. BLODGETT, LUANN R. BLODGETT, KALENA M. BLODGETT, ROBERT DAVID BLODGETT | ) ) ) ) ) |
| Defendants. | ) ) |

Case No. A05-045 CV (R.R.B.)

### ORDER

UPON CONSIDERATION OF defendant's counsel's Motion to Withdraw With Consent of the Client, IT IS SO ORDERED.

DATED this ___ day of _____, 2006.

_____
District Court Judge

LAW OFFICES OF VERNE RUPRIGHT & ASSOCIATES, LLC.
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215   Fax: (907)373-3217