VERNE RUPRIGHT
322 Main Street
Wasilla, Alaska 99654
(970) 373-3215
Counsel for defendant, Robert Blodgett

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY<br><br>　　　Plaintiff.<br><br>　　　v.<br><br>KAREN L. BLODGETT,<br>LUANN R. BLODGETT<br>KALENA M. BLODGETT<br>ROBERT DAVID BLODGETT<br><br>　　　Defendants. | Case No. A05-045 CV (R.R.B.) |

## CERTIFICATE OF SERVICE

I, Verne Rupright, of the law office of Verne Rupright & Associates, LLC., hereby certifies that on the 26th day of September, 2006, I caused to be mailed a true and accurate copy of Motion To Withdraw as Counsel with Consent to the following:

　　Joe P. Josephson, Josephson & Associates, PC.
　　912 West 6th Avenue
　　Anchorage, Alaska 99501

　　　　　　　　　　　　　　LAW OFFICE OF VERNE RUPRIGHT
　　　　　　　　　　　　　　and ASSOCIATES, LLC.

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Verne Rupright

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215    Fax: (907) 373-3217