Verne Rupright, Esq.
Verne Rupright & Assoc., LLC.
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| Vs. | ) ) ) |
| KAREN I. BLODGETT, LUANN R. BLODGETT, KALENA M. BLODGETT, ROBERT DAVID BLODGETT | ) ) ) ) ) |
| Defendants. | ) ) |

Case No. A05-045 CV (R.R.B.)

**AFFIDAVIT OF VERNE RUPRIGHT**

STATE OF ALASKA       )
                      ) SS :
THIRD JUDICIAL DISTRICT )

I, Verne Rupright, having been sworn, depose and state as follows :

1. I was terminated as counsel for Mr. Blodgett in February 2006 after phone conversations and written correspondence from Mr. Blodgett informed me that he was going to represent himself in all of his legal matters.

2. I did not hear from Mr. Blodgett nor any counsel

representing his interests so on August 25, 2006, I made a prophylactic inquiry with legal counsel representing him in a post-conviction relief action attempting to notify Blodgett that he had a statute of limitations deadline in which to file or forever lose his rights to a claim on another insurance policy held by his father with Transamerica.

3. I have spoken with Mr. Blodgett and he has agreed to give consent for my withdrawal from this case and two others I am involved with.

4. The Motion to Withdraw With Consent of the Client and the facts contained therein is filed in good faith.

DATED this 26th day of September 2006.

_____
Verne Rupright

SUBSCRIBED TO AND SWORN BEFORE ME this 26th day of September 2006.

_____
Notary Public State of Alaska
My Commissioner Ex : 03/06/10



OFFICIAL SEAL
Mark Nunn
Notary Public-State of Alaska
My Comm. Expires 3-6-2010