IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>)<br>) |
| Vs. | )<br>) |
| KAREN I. BLODGETT,<br>LUANN R. BLODGETT,<br>KALENA M. BLODGETT,<br>ROBERT DAVID BLODGETT | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Case No. A05-045 CV (R.R.B.)

**VERIFICATION**

Robert David Blodgett, a person known to me, appeared before me this day and executed a Client's Consent for Verne Rupright's withdrawal from the above entitled case.

DATED this 22nd day of September 2006.

_____
Notary Public State of Alaska
My Commission Ex: w/ position

LAW OFFICES OF VERNE RUPRIGHT & ASSOCIATES, LLC.
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215   Fax: (907)373-3217