Verne Rupright, Esq.
Verne Rupright & Assoc., LLC.
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NEW YORK LIFE                    )
INSURANCE COMPANY,               )
                                 )
            Plaintiff,           )
                                 )
                                 )
Vs.                              )
                                 )
KAREN I. BLODGETT,               )
LUANN R. BLODGETT,               )
KALENA M. BLODGETT,              )
ROBERT DAVID BLODGETT            )
                                 )
            Defendants.          )
_____)

Case No. A05-045 CV (R.R.B.)

### CLIENT'S CONSENT

I, Robert David Blodgett, whose address is P.O. Box 1541

Nome, AK 99762, hereby give my consent to Verne Rupright's

withdrawal in the above captioned matter.

DATED this 22nd day of September 2006.

_____
Robert David Blodgett

LAW OFFICES OF VERNE RUPRIGHT & ASSOCIATES, LLC.
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215    Fax: (907)373-3217