UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


NEW YORK LIFE INS.   v.   BLODGETT, et al.

DATE:   October 2, 2006         CASE NO.    3:05-cv-0045-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

The parties were to have filed a status report in this matter by May 20, 2006, which was not filed, and by September 1, 2006, which was not filed. Therefore, a status hearing will be held on **Friday, November 3, 2006, at 9:00 a.m.**, in a courtroom to be determined.

M.O. SCHEDULING HEARING