UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

      NEW YORK LIFE   v.   BLODGETT, et al.

DATE:   October 31, 2006   CASE NO.   3:05-CV-0045-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RESCHEDULING HEARING**

---

Due to an ongoing civil jury trial, the status hearing scheduled in this matter for November 3, 2006, is **RESCHEDULED** and will be held on **Thursday, November 16, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING