**UNITED STATES DISTRICT COURT**
                     **FOR THE DISTRICT OF ALASKA**


  NEW YORK LIFE INSURANCE CO.    v.   KAREN BLODGETT, et al.

DATE:   October 14, 2005      CASE NO.   3:05-cv-0045-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **CHANGING TIME FOR HEARING**

---

      Due to an ongoing civil jury trial, the **time** for the hearing in this matter on **November 16, 2006,** is **changed** from 9:00 a.m. to **2:00 p.m.**, in Courtroom 2 in Anchorage, Alaska.

      Parties and counsel needing to attend telephonically are to contact Carolyn Bollman at (907) 451-5791 to make arrangements.


M.O. CHANGING TIME FOR HEARING