UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


NEW YORK LIFE INSURANCE CO.   v.   KAREN BLODGETT, et al.

DATE:   November 16, 2006   CASE NO.   3:05-cv-0045-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING HEARING**

---

Due to the unavailability of both counsel, the status hearing scheduled for November 16, 2006, is **RESCHEDULED** and will be held on **Tuesday, December 5, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

Parties and/or counsel needing to attend telephonically are to contact Carolyn Bollman at (907) 451-5791 to make arrangements.


M.O. CHANGING TIME FOR HEARING