IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| NEW YORK LIFE INSURANCE CO,  )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>KAREN BLODGETT, *et al.*,　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　　　 )<br>　　　　　　　　　　　　　　　　) | Case No. 3:05-cv-0045-RRB |

**MOTION TO CONTINUE STATUS HEARING**

The undersigned, attorney for defendants Karen Blodgett, Luann Blodgett and Kalena Blodgett, respectfully moves the court for an order continuing the Status hearing set for today Thursday, November 16, 2006, at 2 P.M. to a date convenient to the court after November 20, 2006.

The grounds for this motion are that counsel for Karen Blodgett, Luann Blodgett and Kalena Blodgett is out with the stomach flu. Therefore, a continuance of the hearing appears to be necessary.

DATED at Anchorage, Alaska, this 11th day of July, 2006.

　　　　　　　　　　　　　　　　　　s/Jody A Reausaw
　　　　　　　　　　　　　　　　　　Jody A. Reausaw
　　　　　　　　　　　　　　　　　　ABA #9511072
　　　　　　　　　　　　　　　　　　Josephson and Associates
　　　　　　　　　　　　　　　　　　912 W.6th Avenue
　　　　　　　　　　　　　　　　　　Anchorage, Alaska 99501
　　　　　　　　　　　　　　　　　　Attorney for Karen, Luann and
　　　　　　　　　　　　　　　　　　　 Kalena Blodgett

PDF created with pdfFactory Pro trial version www.pdffactory.com

Certificate of Service:

I hereby certify that on 11/16/06,
a copy of foregoing Status
report was served on:

By Fax and Mail:
Neil Kennelly
1441 W  Northern Lights Blvd Unit K
Anchorage AK 99503

Vern Rupright
322 Main St
Wasilla AK 99654

By Mail:
Robert D. Blodgett
PO Box 1541
Nome AK 99762

S/ Jody A. Reausaw
Jody Reausaw

Motion to Continue Status Hearing
Page 1 of 2

PDF created with pdfFactory Pro trial version www.pdffactory.com