IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

---

NEW YORK LIFE INSURANCE CO,  )
                             )
        Plaintiff,        )
                             )
                             )
    v.                       )
                             )
KAREN BLODGETT, *et al.*,    )    Case No. 3:05-cv-0045-RRB
                             )
        Defendants.       )
                             )

---

### (PROPOSED) ORDER GRANTING MOTION TO CONTINUE STATUS HEARING

Counsel for the defendants, Karen Blodgett, Luann Blodgett and Kalena Blodgett, having moved for entry of an order continuing the status hearing set for today November 16, 2006, at 2 p.m., and the said motion having good cause existing, it is

ORDERED that the said motion is granted hereby, and that the hearing heretofore set for November 16, 2006, be, and it is hereby, continued until the ____ day of _____, 2006, at ____ o'clock, ____.M.

DONE AT ANCHORAGE, Alaska, this ____ day of November, 2006.

_____
The Honorable Ralph R. Beistline