Joe P. Josephson, Esq.,
Josephson & Associates, PC
912 West Sixth Avenue
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155
Alaska Bar No. 6102018
Attorney for Karen, Luann,
 & Kalena Blodgett, defendants

_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,  )<br>)<br>       Plaintiff,    )<br>)<br>  V.              )<br>)<br>KAREN I. BLODGETT *et al.*,  )<br>)<br>       Defendants.   )<br>_____) | Case No. A05-0045 CV (RRB) |

### **STATUS  REPORT**

On or about October 5, 2005, the undersigned counsel for Karen Blodgett, Luann Blodgett and Kalena Blodgett informed this court of the pendency in the Supreme Court of Alaska of an action entitled *In the Matter of the Estate of Richard Blodgett*, Supreme Court File No. S-11571.  As noted in that report, at page 2, all of the defendants agree that the issues before the Supreme Court of Alaska "are dispositive. . . as relates to this interpleaded action."

Status Report
Page 1 of 1

PDF created with pdfFactory Pro trial version www.pdffactory.com

The undersigned reports that now, one year later, no decision by the Supreme Court in the case entitled In the Matter of the Estate of Richard Blodgett has been rendered.

The undersigned reiterates that the United States District Court will be promptly notified so that the proceeds can be expeditiously distributed to the parties entitled to them and so that the United States District Court file can be closed.

DATED November 16, 2006.

/s/ Jody A Reausaw
Jody A. Reausaw
Alaska Bar No. 9511072
Josephson and Associates
912 W. 6th Avenue
Anchorage, Alaska  99501
Attorney for Karen, Luann and
   Kalena Blodgett

Certificate of Service:

I hereby certify that on 11/16/06,
a copy of foregoing Status
report was served on:

By Fax and Mail:
Neil Kennelly
1441 W  Northern Lights Blvd Unit K
Anchorage AK 99503

Vern Rupright
322 Main St
Wasilla AK 99654

By Mail:
Robert D. Blodgett
PO Box 1541
Nome AK 99762

S/ Jody A. Reausaw
Jody Reausaw

Status Report
Page 1 of 2

PDF created with pdfFactory Pro trial version www.pdffactory.com