IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) KAREN L. BLODGETT, ) LUANN R. BLODGETT, ) KALENA M. BLODGETT, ) and ROBERT DAVID BLODGETT, ) ) Defendants. ) | Case No. 3:05-cv-00045-RRB |

**MOTION FOR ENTRY OF FINAL ORDER DIRECTING
DISTRIBUTION OF FUNDS HELD BY THE CLERK TO
<u>DEFENDANTS KAREN, LUANN, AND KALENA BLODGETT</u>**

Defendants KAREN L. BLODGETT, LUANN R. BLODGETT and KALENA M. BLODGETT, by and through their attorney, Joe P. Josephson, and move respectfully for the entry of a final order directing that the Clerk remit and pay over to them all amounts held in the registry of the court, including all income earned thereon, except for the court fee (not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office).

THIS MOTION is supported by the records and files herein and by the status report of even date submitted by and on behalf of these defendants, including the recent decision of the Supreme Court of Alaska dated November 17, 2006.

NY Life Insurance Co. v. Kalena M. Blodgett *et. al.*
Case No. 3:05-cv-00045-RRB
Motion for Entry of final order directing distribution of funds
Page 1 of 3

PDF created with pdfFactory Pro trial version www.pdffactory.com

By order of the court, entered on June 13, 2005, the Clerk of Court was instructed to invest $225,3109.00 in a renewable thirty-day certificate of deposit, to be renewed, with principal and interest to accrue during the life of the investment, "until further order of this court."  Docket 15.

Defendant Robert David Blodgett sued New York Life Insurance Company in the Third Judicial District at Palmer. (Case No. 3PA-05-885 Civil).

In April, 2005, he dismissed that action with prejudice.

These moving defendants believe that since Robert David Blodgett's appeal to the Supreme Court of Alaska has failed, and since he has dismissed his claims against New York Life Insurance Company, this action should be closed and the funds held should be remitted to these moving defendants.  It is requested that the disbursement of funds should be remitted to "Josephson & Associates, P. C. Trust Account, for the Benefit of Karen, Kalena and Louann Blodgett, Beneficiaries."

DATED November 20, 2006, at Anchorage, Alaska.

s/ Joe P. Josephson
Josephson and Associates
912 W 6th Ave
Anchorage AK 99501
Phone: (907) 276-0151
Fax: (907) 276-0155
Email: jjosephson@aol.com
ABA # 6102018

NY Life Insurance Co. v. Kalena M. Blodgett *et. al.*
Case No. 3:05-cv-00045-RRB
Motion for Entry of final order directing distribution of funds
Page 2 of 3

**Certificate of Service:**

I hereby certify that on 11/20/06,
Motion for entry of final order
directing distribution of funds
a copy of foregoing was served on:

By Fax and Mail:
Neil Kennelly
1441 W  Northern Lights Blvd Unit K
Anchorage AK 99503

Vern Rupright
322 Main St
Wasilla AK 99654

By Mail:
Robert D. Blodgett
PO Box 1541
Nome AK 99762

S/ Joe P. Josephson
Joe P. Josephson

NY Life Insurance Co. v. Kalena M. Blodgett *et. al.*
Case No. 3:05-cv-00045-RRB
Motion for Entry of final order directing distribution of funds
Page 3 of 3

PDF created with pdfFactory Pro trial version www.pdffactory.com