Verne E. Rupright
Law Office of verne Rupright & Associates, LLC
322 main Street
Wasilla, Alaska 99654
(907) 373-3215
Attorney for Robert D. Blodgett

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff. )<br>)<br>vs. )<br>)<br>KAREN I. BLODGETT, ET. AL., )<br>)<br>Defendant. )<br>) | Case No. 3:05-cv-00045 (RRB) |

**OPPOSITION TO MOTION FOR ENTRY OF FINAL ORDER
DIRECTING DISTRIBUTION OF FUNDS HELD BY THE CLERK
TO DEFENDANT KAREN, LUANN AND KALENNA BLODGETT**

**COMES NOW**, Robert D. Blodgett, and opposes the distribution of funds to the other named parties to this action.

New York Life Insurance Company interplead the funds to this court disavowing any interest in said monies on deposit with this court.

The remaining parties in this action, collectively known as the "Blodgett's" agreed on record that in all likelihood the appeal of Robert D. Blodgett to the Alaska Supreme Court may be dispositive of this action. Further, that the action was stayed pending the decision of the Supreme

1.

Court.

As it turns out the Supreme Court did not in fact decide the fate of the insurance proceeds. Actually, quite the contrary.

This action is not as direct as the prime moving party would have it. They have made no showing that the slayer statutes apply to the insurance proceeds.

Since a stay of this action was in place pending the decision of the Supreme Court, which did not divest Robert D. Blodgett in the insurance matter, a Motion to Amend Pleadings once the stay is lifted is the appropriate course of action.

The opposing parties have made no showing that the insurance proceeds rightfully belong to them, aside from what they already received. New York Life made no assertion that any contract language prohibited the receipt of funds to Robert D. Blodgett. Also, the Supreme Court left the issue open as to the application of the slayer statutes. Clearly, Mr. Blodgett was divested of the estate, however as it was pointed out the insurance proceeds are not part of the estate.

## CONCLUSION

Once this Court holds the status hearing in this matter and lifts the stay that has been in place by agreement of all

parties, then the action should be fully joined to determine the rights of the parties.

DATED this 27th of November, 2006.

s/ Verne Rupright
Law Office of Verne Rupright and Associates, LLC
322 Main Street
Wasilla, Alaska 99654
Phone: (907) 373-3215
Fax: (907) 373-3217
Email : vbattrny@mtaonline.net
ABA: 9306013

**Certificate of Service**

I hereby certify that on 11/27/2006, Opposition to Motion to Release Funds was served on:

<u>By Mail</u>:

Joe Josephson
912 W 6th Ave
Anchorage, AK 99654

R.D. Blodgett
PO Box 1541
Nome, AK 99762

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska  99654
Ph: (907)373-3215   Fax: (907) 373-3217