LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215   Fax: (907) 373-3217

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) ) |
| Vs. | ) ) ) |
| KAREN I. BLODGETT, LUANN R. BLODGETT, KALENA M. BLODGETT, ROBERT DAVID BLODGETT | ) ) ) ) ) |
| Defendants. | ) ) ) |

Case No. A05-045 CV (R.R.B.)

**ROBERT DAVID BLODGETT'S ANSWER TO NEW YORK LIFE'S COMPLAINT**

**FOR INTERPLEADER**

COMES NOW Robert David Blodgett, by and through counsel, The Law Offices of Verne Rupright and Associates, LLC, Verne Rupright, and hereby files his Answer to New York Life's Complaint for Interpleader in the above entitled action.

1. Admitted.

2. Admitted.

3. Admitted in part, denied in part based on lack of information and belief, with Robert Blodgett having no knowledge of any non-payment and conversion to a term extension. In addition, on information and belief, the owner of the policy was Helen Blodgett, the deceased

1

mother and Robert's grand mother.

4. Admitted.

5. Admitted.

6. Admitted, however, the plea was entered because of the risks associated with trial, the plea was entered for a crime that was on the cusp of the mental state available for a criminally negligent homicide, and was accidental.

7. Admitted that AS 13.12.803 was relied upon by Luann, Kalena and Karen Blodgett, denied that life insurance policy proceeds are probate assets subject to disgorgement under AS 13.12.803.

8. Admitted in part, denied in part. Robert Blodgett relies upon several constitutional arguments and have sought invalidation of the controversial slayer statute as a result. However, both the trial court and the Alaska Supreme Court have held that the life insurance proceeds are not part of the probate estate.

9. Admitted in part, denied in part. The decision on appeal was issued November 17, 2006 and its clarity is at issue.

10. Admitted.

11. No response required.

12. No response required.

13. No response is required.

14. No response required.

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215   Fax: (907) 373-3217

15. No response required.

### AFFIRMATIVE DEFENSES

a. estoppel;

b. quasi-estoppel;

c. waiver;

d. equitable estoppel;

e. any other defenses as they become available through discovery.

DATED this 27th day of November 2006.

/s Verne Rupright
Attorney for Robert David Blodgett
ABA # 9306013

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215   Fax: (907) 373-3217