Verne Rupright, Esq.
Verne Rupright & Assoc., LLC.
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEW YORK LIFE<br>INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>Vs.<br><br>KAREN I. BLODGETT,<br>LUANN R. BLODGETT,<br>KALENA M. BLODGETT,<br>ROBERT DAVID BLODGETT<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. A05-045 CV (R.R.B.)

**MOTION TO ALLOW LEAVE TO FILE ANSWER TO NEW YORK LIFE**

**INSURANCE COMPANY'S COMPLAINT**

 COMES NOW the Defendant, Robert David Blodgett, by and through counsel, Verne Rupright, and pursuant to Federal Rule of Civil Procedure 15 (a) and 15 (e), hereby moves for leave to file a *pro forma* answer to New York Life's complaint. To counsel's knowledge, the case has not been put on the trial calendar, no motion for entry of default has been entered and dismissal of the Palmer action did not extinguish Robert's claim, with Robert identified as a claimant in the interpleader action itself, an action in which New York Life

1

has plead it has no interest.

There can be no prejudice to New York Life, whose interest is solely to pay the monies to the appropriate parties. The facts of a *pro forma* answer relate back. Both the contrary claimants and New York Life are well aware of Robert's legal claim. The parties entered a stipulation for a stay of this matter after Robert Blodgett answered the cross-claim filed by Karen, Luann and Kalena Blodgett, awaiting what was then thought to be a dispositive decision by the Alaska Supreme Court.

The Alaska Supreme Court's decision has been issued[1] and appears to hold that the insurance proceeds do not fall under the provisions of the Alaska Probate code. Therefore, the trial court's disgorgement order had no effect upon Robert David Blodgett's contractual right as a beneficiary under the policy at issue here. In the alternative, if the Supreme Court's decision is sufficiently opaque, then the question of this case should be certified over for decision by the Alaska Supreme Court. The question is whether Robert's contract rights as a beneficiary under the New York Life Policy are extinguished by operation of Alaska's slayer statute AS

---

[1] November 17, 2006

# LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
### Attorney at Law
### 322 Main Street
### Wasilla, Alaska 99654
### Ph: (907)373-3215   Fax: (907) 373-3217

---

13.12.803 ?

This Motion is further supported by Affidavit of Counsel.

Dated this 27th day of November 2006.

S/Verne Rupright
Attorney for Robert David Blodgett
ABA No. 9306013

3