Verne Rupright, Esq.
Verne Rupright & Assoc., LLC.
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| Vs. | )<br>) |
| KAREN I. BLODGETT,<br>LUANN R. BLODGETT,<br>KALENA M. BLODGETT,<br>ROBERT DAVID BLODGETT | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Case No. A05-045 CV (R.R.B.)

### AFFIDAVIT OF VERNE RUPRIGHT

STATE OF ALASKA       )
                      ) SS :
THIRD JUDICIAL DISTRICT )

I, Verne Rupright, having been sworn, depose and state as follows :

1.  This case was stayed pending the decision by the Alaska Supreme Court relating to the scope and constitutionality of the Alaska slayer statute.

2.  The Alaska Supreme Court issued its decision November 17,

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215   Fax: (907) 373-3217

2006 and appears to have held that the insurance policies fall outside of probate jurisdiction, leaving Robert David Blodgett's contract claims unaffected by the trial court's disgorgement order.

3. Subsequent to the stay, and over the course of the past year, this firm's relationship with Robert Blodgett became problematic causing me to file a motion to withdraw, a motion that is still pending.

4. The Stay has not been lifted in this matter unless it was automatically lifted by virtue of the November 17th decision; there has been no decision on my motion to withdraw and New York Life and Karen, Luann and Kalena Blodgett should not be prejudiced by a *pro forma* answering.

5. The Motion For Leave to File an Answer to New York Life's Interpleader Complaint and the facts contained therein are filed in good faith.

DATED this 27th day of November 2006.

/s Verne Rupright

SUBSCRIBED TO AND SWORN BEFORE ME this 27th day of November 2006.



s/Mark Nunn
Notary Public State of Alaska
My Commissioner Ex : 3-6-2010

2