Verne Rupright, Esq.
Verne Rupright & Assoc., LLC.
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) ) |
| Vs. | ) ) |
| KAREN I. BLODGETT, LUANN R. BLODGETT, KALENA M. BLODGETT, ROBERT DAVID BLODGETT | ) ) ) ) ) |
| Defendants. | ) ) |

Case No. A05-045 CV (R.R.B.)

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion to Amend the Pleadings, the Affidavit of Counsel in support thereof and a proposed order, along with an answer responding to New York Life's complaint was electronically served upon : (1) Jodi A. Reausaw, Jospehson & Associates, 912 W. 6th Anchorage, Alaska 99501; (2) William E. Mosely, Delaney, Wiles, Hayes, Gereaty, Ellis & Young, Inc., counsel for New York Life.

DATED this 27th day of November 2006.

S/Verne Rupright

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215   Fax: (907) 373-3217