```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 NEW YORK LIFE INSURANCE CO    vs.  BLODGETT, ET AL

BEFORE THE HONORABLE RALPH R. BEISTLINE  CASE NO. 3:05-cv-00045-RRB

DEPUTY CLERK/RECORDER:          APRIL KARPER

APPEARANCES:    DEFENDANT:      JOSEPH JOSEPHSON
                                VERNE RUPRIGHT - Telephonic

PROCEEDINGS: STATUS CONFERENCE HELD DECEMBER 5, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:05 a.m. court convened.

Court and counsel heard re Mr. Rupright's Motion to Withdraw as Counsel and possible remand to State Court. Court instructed Mr. Rupright to find client and draft paperwork re remand to State Court. Status Conference set for **January 19, 2007 at 9:00 a.m.** Court stayed all matters until the Status Conference on January 19, 2007.

At 9:17 a.m. court adjourned.

DATE:     December 5, 2006      DEPUTY CLERK'S INITIALS:    ak