Verne Rupright, Esq.
Verne Rupright & Assoc., LLC.
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215    Fax: (907) 373-3217

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| Vs. | ) ) ) |
| KAREN I. BLODGETT, LUANN R. BLODGETT, KALENA M. BLODGETT, ROBERT DAVID BLODGETT | ) ) ) ) ) |
| Defendants. | ) ) ) |

Case No. A05-045 CV (R.R.B.)

## ORDER RELATING TO STATE LAW QUESTION

UPON STIPULATION OF THE PARTIES : the parties agree that
the dispositive issue in this case, whether or not Robert
Blodgett's contractual rights as a beneficiary under the New
York Life Policy are extinguished by operation of Alaska's
slayer statute AS 13.12.803, should be determined in a state
forum in the context of a pending case involving the same
parties, 3PA-05-885 Civil.  Accordingly, pursuant to 28 U.S.C.
Section 2201, this court abstains from entering a judgment in
the nature of declaratory relief going to the state law

1

question and approves the parties stipulation to remand the issue to the Palmer venue of the Alaska Superior Court, to be determined in accordance with State law.

Accordingly : IT IS SO ORDERED.  All matters are stayed pending the decision in #PA-05-885 Civil.

Dated this_____ day of _____ 200_.


_____
District Court Judge

LAW OFFICE OF RUPRIGHT & ASSOCIATES, LLC
Attorney at Law
322 Main Street
Wasilla, Alaska 99654
Ph: (907)373-3215    Fax: (907) 373-3217

2