Verne Rupright, Esq.
Verne Rupright & Assoc., LLC.
322 Main Street
Wasilla, Alaska 99654
(907) 373-3215

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) ) |
| Vs. | ) ) |
| KAREN I. BLODGETT, LUANN R. BLODGETT, KALENA M. BLODGETT, ROBERT DAVID BLODGETT | ) ) ) ) ) |
| Defendants. | ) ) |

Case No. A05-045 CV (R.R.B.)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the proposed order relating to the State law question was electronically served upon : (1) Jodi A. Reausaw, Jospehson & Associates, 912 W. 6th Anchorage, Alaska 99501; (2) William E. Mosely, Delaney, Wiles, Hayes, Gereaty, Ellis & Young, Inc., counsel for New York Life.

DATED this 21st day of December 2006.

S/Verne Rupright

1