MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

NEW YORK LIFE INSURANCE CO   vs.   KAREN BLODGETT, LUANN BLODGETT, KALENA BLODGETT, ROBERT DAVID BLODGETT

BEFORE THE HONORABLE RALPH R. BEISTLINE   CASE NO 3:05-CV-00045-RRB

DEPUTY CLERK/RECORDER:   SUZANNETTE LUCERO

APPEARANCES:   DEFENDANTS:   JOE JOSEPHSON FOR KAREN, LUANN, KALENA BLODGETT; VERNE RUPRIGHT FOR ROBERT DAVID BLODGETT

PROCEEDINGS: CONTINUED STATUS CONFERENCE HELD 1/19/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:01 a.m. court convened.

Clerk attempted to contact Robert David Blodgett by phone twice.

Court remanded this case to State Court in Palmer.

Mr. Josephson to submit an order to the court re transfer of monies.

Mr. Rupright to submit an order re withdrawal as counsel from this case and information re serving Mr. Blodgett.

At 9:22 a.m. court adjourned.

DATE:   January 19, 2007   DEPUTY CLERK'S INITIALS:   SCL