UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>NEW YORK LIFE</u>   v.   <u>BLODGETT, et al.</u>

DATE:   <u>March 29, 2007</u>        CASE NO.   <u>3:05-cv-0045-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE CASE STATUS**

---

    Defendants were to submit a proposed order in this matter that met the requirements of the Court and finance department.  To date, no such order has been filed and approved.  Defendants shall therefore file the proposed order for the Court to sign or provide the Court with a status report concerning this matter on or before the close of business on **April 13, 2007.**

M.O. RE CASE STATUS