Joe P. Josephson, Esq.,
912 West Sixth Avenue
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155
Attorney for Karen, Kalena
  and Luann Blodgett

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY, ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> KAREN BLODGETT, *et al.*,  ) <br> ) <br> Defendant.  ) <br> ) | Case No. 3:05-cv-00045-RRB |

**NOTICE OF FILING PROPOSED ORDER**

COMES NOW, defendant, Karen Blodgett, Kalena Blodgett, and Luann Blodgett, by and through their attorney of record and files their Proposed order regarding the transfer of monies.

DATED at Anchorage, Alaska, this 9th day of April, 2007.

JOSEPHSON & ASSOCIATES, P.C.

/s/ Joe P. Josephon
Joe P. Josephson
912 West 6th Ave
Anchorage AK 99501
907-276-0151
Alaska Bar No. 6102018

Certificate of Service:

On Monday, April 9, 2007, I caused a true copy of this document to be faxed and mailed to the office of Verne E. Rupright, Esq., 322 Main Street, Wasilla, Alaska 99654. I also mailed a copy of this document to Richard Blodgett, P. O. Box 1541, Nome, Alaska.


/s/ Joe P. Josephson