Joe P. Josephson, Esq.,
912 West Sixth Avenue
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155
Attorney for Karen, Kalena
  and Luann Blodgett

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

_____
NEW YORK LIFE INSURANCE COMPANY, )
                                 )
                Plaintiff,       )
                                 )
    v.                           )
                                 )
KAREN BLODGETT, *et al.*,        )
                                 )
                Defendant.       )   Case No. 3:05-cv-00045-RRB
                                 )
_____)

### NOTICE OF FILING PROPOSED ORDER

COMES NOW, defendant, Karen Blodgett, Kalena Blodgett, and Luann Blodgett, by and through their attorney of record and files their Proposed order regarding the transfer of monies.

DATED at Anchorage, Alaska, this 13th day of April, 2007.

JOSEPHSON & ASSOCIATES, P.C.

/s/ Joe P. Josephon
Joe P. Josephson
912 West 6th Ave
Anchorage AK 99501
907-276-0151
Alaska Bar No. 6102018

```
Certificate of Service:

On Monday, April 13, 2007,
I caused a true copy
of this document to
be faxed and mailed
to the office of
Verne E. Rupright,
Esq., 322 Main Street,
Wasilla, Alaska  99654.
I also mailed a copy of this
document to Richard Blodgett,
P. O. Box 1541, Nome, Alaska.


/s/ Joe P. Josephson
```