**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

NEW YORK LIFE INSURANCE
COMPANY,
        Plaintiff,

                              Case Number 3:05-CV-00045-RRB

v.

KAREN BLODGETT, et al,
        Defendant.              **JUDGMENT IN A CIVIL CASE**


 XX   **DECISION BY COURT.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT this action is remanded to the Superior Court for the State of Alaska at Palmer, Third Judicial District.


APPROVED:

s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

_____
Date: April 27, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                      IDA ROMACK
            Ida Romack, Clerk of Court

[ ]{JMT2.WPT*Rev.3/03}